FILED
18 JUN 27 PM 1:55

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

June 2017 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>DAVID QUINTANA<br><br>            Defendant. | Case No. **18 CR 3043 DMS**<br><br>I N D I C T M E N T<br><br>Title 8, U.S.C.,<br>Sec. 1324(a)(2)(B)(ii) -<br>Bringing in Aliens for Financial Gain; Title 18, U.S.C., Sec. 2 - Aiding and Abetting; Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i) - Transportation of Certain Aliens for Financial Gain and Aiding and Abetting |

The grand jury charges:

Count 1

On or about June 2, 2017, within the Southern District of California, defendant DAVID QUINTANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rodolfo DeAnda-Gonzalez, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

AKP:cms:San Diego:6/26/18

## Count 2

On or about June 2, 2017, within the Southern District of California, defendant DAVID QUINTANA, knowing and in reckless disregard of the fact that an alien, namely, Rodolfo DeAnda-Gonzalez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien, within the United States, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

## Count 3

On or about June 2, 2017, within the Southern District of California, defendant DAVID QUINTANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Jaime Peralta-Flores, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2.

## Count 4

On or about June 2, 2017, within the Southern District of California, defendant DAVID QUINTANA, knowing and in reckless disregard of the fact that an alien, namely, Jaime Peralta-Flores, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien, within the United States, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage and private

financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

### Count 5

On or about June 2, 2017, within the Southern District of California, defendant DAVID QUINTANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Raul Antonio Gomez-Cruz, had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2

### Count 6

On or about June 2, 2017, within the Southern District of California, defendant DAVID QUINTANA, knowing and in reckless disregard of the fact that an alien, namely, Raul Antonio Gomez-Cruz, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien, within the United States, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

### Count 7

On or about June 2, 2017, within the Southern District of California, defendant DAVID QUINTANA, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Rigoberto Manzo-Hernandez, had not received prior official authorization to come to, enter and reside in

the United States, did bring to the United States said alien for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Section 1324(a)(2)(B)(ii), and Title 18, United States Code, Section 2

Count 8

On or about June 2, 2017, within the Southern District of California, defendant DAVID QUINTANA, knowing and in reckless disregard of the fact that an alien, namely, Rigoberto Manzo-Hernandez, had come to, entered and remained in the United States in violation of law, did knowingly transport and move said alien, within the United States, in order to help said alien remain in the United States illegally, and which was done for the purpose of commercial advantage and private financial gain; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii), (v)(II) and (a)(1)(B)(i).

DATED: June 27, 2018.

A TRUE BILL:

_____
Foreperson

ADAM L. BRAVERMAN
United States Attorney

By: _____
ANNE KRISTINA PERRY
Assistant U.S. Attorney

4