```
ADAM L. BRAVERMAN
United States Attorney
MICHAEL G. WHEAT
Assistant U.S. Attorney
California State Bar No. 118598
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 546-8437
Email:  Michael.Wheat@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>       v.<br><br>DAVID QUINTANA,<br><br>            Defendant. | Case No.: 18CR3043-DMS<br><br>UNITED STATES' MOTION TO DISMISS INDICTMENT |

COMES NOW the plaintiff, United States of America, by and through its counsel, Adam L. Braverman, United States Attorney, and Michael G. Wheat, Assistant United States Attorney, and respectfully request, pursuant to Rule 48(a), Federal Rules of Criminal Procedure, that the court dismiss, without prejudice, the Indictment and release Defendant David Quintana.  This motion is made in the interest of justice, as the material witnesses necessary for the prosecution of the charged offenses are unavailable.

```
Dated: September 7, 2018   Respectfully submitted,
                           ADAM L. BRAVERMAN
                           United States Attorney


                           /s/ Michael G. Wheat
                           MICHAEL G. WHEAT
                           Assistant U.S. Attorney
```

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>   v.<br>DAVID QUINTANA,<br>      Defendant. | Case No.: 18CR3043-DMS<br><br>CERTIFICATE OF SERVICE |

IT IS HEREBY CERTIFIED THAT:

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893. I am not a party to the above-entitled action. I have caused service of the UNITED STATES' MOTION TO DISMISS INDICTMENT on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

Stephen Patrick White
Law Offices of Stephen P. White
101 West Broadway, Suite 1950
San Diego, CA 92101-6036
swhite@1950.sdcoxmail.com
representing  David Quintana (1),
Defendant

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non ECF participants on this case:  n/a
the last known address, at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct. Executed on September 7, 2018.

                                              s/ *MICHAEL G. WHEAT*
                                              MICHAEL G. WHEAT
                                              Email: Michael.Wheat@usdoj.gov
                                              Attorneys for Plaintiff
                                              United States of America