UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 18CR3043-DMS |
|---|---|
| Plaintiff, | |
| v. | ORDER AND JUDGMENT TO DISMISS INDICTMENT WITHOUT PREJUDICE |
| DAVID QUINTANA, | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Indictment in Case No. 18CR3043-DMS against defendant DAVID QUINTANA be dismissed without prejudice.

IT IS SO ORDERED.

Dated: September 7, 2018

Hon. Dana M. Sabraw
United States District Judge